1  David R. McNamara, # 133302  (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:   (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendants
6  YOSEMITE FALLS CAFÉ, INC., MANUEL
   PERALES, and CLOVIS YFC INC.
7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | DANIEL DELGADO,                      | Case No.  1:10-CV-00296-LJO-SKO |
   |                                      |                                 |
12 |              Plaintiff,              | **STIPULATION TO CONTINUE**     |
   |                                      | **SCHEDULING CONFERENCE AND**   |
13 | v.                                   | **ORDER THEREON**               |
   |                                      |                                 |
14 | YOSEMITE FALLS CAFÉ, INC.,           |                                 |
   | MANUEL PERALES, and CLOVIS YFC       |                                 |
15 | INC.,                                |                                 |
   |                                      |                                 |
16 |              Defendants.             |                                 |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER THEREON
1:10-CV-00296-LJO-SKO

1   IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff DANIEL DELGADO and Defendants YOSEMITE FALLS CAFÉ, INC., MANUEL PERALES, and CLOVIS YFC INC., by and through their respective counsel, that the June 7, 2010 Mandatory Scheduling Conference may be continued to July 21 10, 2010 at 9:15 a.m. to afford the parties time to negotiate a settlement of this matter.

Dated: May _____, 2010                MCCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP


                                        By:   /s/ David R. McNamara
                                              David R. McNamara
                                              Attorneys for Defendants
                                              YOSEMITE FALLS CAFÉ, INC.,
                                              MANUEL PERALES, and CLOVIS YFC
                                              INC.


Dated: May _____, 2010                MOORE LAW FIRM, P.C.


                                        By:   /s/ Tanya Levinson Moore
                                              Tanya Levinson Moore
                                              Attorneys for Plaintiff
                                              RONALD MOORE

**ORDER**

IT IS HEREBY ORDERED that the June 7, 2010 Mandatory Scheduling Conference is continued to July 21, 2010 at 9:15 a.m. in Courtroom 8 of the U.S. District Court, Eastern District of California, Fresno.


Dated:  May 28, 2010                    /s/ Sheila K. Oberto
                                        Magistrate Judge of U.S. District Court

57821/00028-1568114.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER THEREON
1:10-CV-00296-LJO-SKO