Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>          Plaintiff,<br><br>     vs.<br><br>YOSEMITE FALLS CAFÉ, INC., MANUEL PERALES and CLOVIS YFC, INC.,<br><br>          Defendants. | No.   1:10-CV-00296-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL; ORDER**<br><br>Assigned to U.S. District Judge<br>LAWRENCE J. O'NEILL<br><br>Complaint Filed: February 22, 2010 |

Plaintiff Daniel Delgado, through her attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants YOSEMITE FALLS CAFÉ, INC., MANUEL PERALES and CLOVIS YFC, INC., through their attorney, McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, Fresno, California, hereby stipulate that the above-captioned action shall be dismissed with prejudice.

Date: July 19, 2010                               /s/Tanya Levinson Moore
                                                          Tanya E. Levinson Moore
                                                          Attorney for Plaintiff

*Delgado v. Yosemite Falls Cafe, Inc., et al.*

Stipulation for Dismissal

Page 1

| | |
|---|---|
| Date:  July 19, 2010 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | /s/ Christina M. Cusimano<br>Christina M. Cusimano, Esq.<br>Attorney for Defendants |

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  _July 19, 2010          __/s/ Lawrence J. O'Neill_____
                                U.S. DISTRICT JUDGE LAWRENCE J. O'NEILL

*Delgado v. Yosemite Falls Cafe, Inc., et al.*

Stipulation for Dismissal